UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

814437
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.

In Re:

CHRISTOPHER A. DAWES

**Order Filed on April 8, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No: 17-29111 - SLM

Hearing Date: March 13, 2019

Judge: STACEY L. MEISEL

Recommended Local Form:   ☒ Followed   ☐ Modified

**ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS**

The relief set forth on the following pages, numbered two (2) and four (4) is hereby **ORDERED**.

**DATED: April 8, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. |
| Applicant's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Debtor's Counsel: | Michelle Labayen, Esquire |
| Property Involved ("Collateral"): | 1414-16 FRANCES LANE, PLAINFIELD, NJ 07062-2125 |

Relief sought: ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

The parties having consensually resolved the Motion and for
~~For~~ good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 6 months, from 10/1/2018 to 3/1/2019.

    ☒ The Debtor is overdue for 6 payments at $1323.98 per month.

    ☐ The Debtor is assessed for ____ late charges at $____ per month.

    ☒ Applicant acknowledges suspense funds in the amount of $100.02

    Total Arrearages Due $7,843.86

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Immediate payment shall be made in the amount of $2,647.96. Payment shall be made no later than 4/1/2019.

    ☒ Beginning on 4/1/2019, regular monthly mortgage payments shall continue to be made.

    ☒ Beginning on 04/01/2019, additional monthly cure payments shall be made in the amount of $865.99 for 5 months.

    ☒ On 09/01/2019, additional monthly cure payment shall be made in the amount of $865.95.

    ☐ The amount of $____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry

of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address(es):

☒ Immediate payment:

**Paramount Residential Mortgage Group, INC**
**Cenlar FSB**
**BK Department, 425 Philips BLVD**
**Ewing NJ 08618**

☒ Regular Monthly payment:

**Paramount Residential Mortgage Group, INC**
**Cenlar FSB**
**BK Department, 425 Philips BLVD**
**Ewing NJ 08618**

☒ Monthly cure payment:

**Paramount Residential Mortgage Group, INC**
**Cenlar FSB**
**BK Department, 425 Philips BLVD**
**Ewing NJ 08618**

4. In the event of Default:

☒ Should the Debtors fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

☒ In the event the Debtors converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtors shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent

        to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

        ☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay

5.     Award of Attorneys' Fees:

    ☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

        The fees and costs are payable:

        ☐ Through the Chapter 13 plan. These fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

        ☐ to the Secured Creditor within _____ days.

        ☐ Attorneys' fees are not awarded.

6.     This Agreed Order survives any loan modification agreed to and executed during the instant bankruptcy.

United States Bankruptcy Court<br>District of New Jersey

```
In re:                                                              Case No. 17-29111-SLM
Christopher A. Dawes                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin              Page 1 of 1             Date Rcvd: Apr 08, 2019
                               Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
db             +Christopher A. Dawes,    1414 Frances Lane,    Plainfield, NJ 07062-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Christopher A. Dawes michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL
               MORTGAGE GROUP, INC. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9