UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

Order Filed on April 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Christopher A. Dawes

Case No.: 17-29111

Chapter: 13

Judge: Meisel

## ORDER AUTHORIZING RETENTION OF

Clarence Barry-Austin, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Clarence Barry-Austin, P.C._____

as _____Personal Injurty Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   Clarence Barry-Austin, P.C.
    76 S Orange Avenue, Suite LL01
    S. Orange, NJ 07079

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*