UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

**Order Filed on April 18, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Christopher A. Dawes

Case No.: 17-29111

Chapter: 13

Judge: Meisel

## ORDER AUTHORIZING RETENTION OF

Clarence Barry-Austin, P.C.

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Clarence Barry-Austin, P.C._____

as _____Personal Injurty Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Clarence Barry-Austin, P.C.
   76 S Orange Avenue, Suite LL01
   S. Orange, NJ 07079

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-29111-SLM
Christopher A. Dawes                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Apr 22, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db             +Christopher A. Dawes,    1414 Frances Lane,    Plainfield, NJ 07062-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2019 at the address(es) listed below:
      Craig Scott Keiser    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
       craig.keiser@phelanhallinan.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Michelle Labayen    on behalf of Debtor Christopher A. Dawes michelle@labayenlaw.com,
       benitezgiovanna@gmail.com
      Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL
       MORTGAGE GROUP, INC. nj.bkecf@fedphe.com
      Nicholas V. Rogers    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
       nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      Sherri Jennifer Smith    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
       nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                      TOTAL: 9