UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

In Re:

Christopher Dawes

Case No.: 17-29111

Judge: Meisel

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by ____Marie Ann Greenberg____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

I am unemployed because of health reasons but I'm under the care of the Veterans Hospital and at the end of my treatment for PTSD, I will be 100% disabled of PTSD meaning that I'll have the TAX FREE income of about $3400 per month as well the tax for my property will be a non issue, as well I do have the lawsuit for the dog bite and

☐ Other (explain your answer):

My Attorney wants me to have the surgery to remove the excess bump on my left bottom lip and soon I'll have the procedure and all will be covered and all bills paid. My apologies for the delays but, I want to keep my home and I promise to make this right. Attached is a document as proof of my hospitalization and I will keep you updated

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10-4-19

Debtor's Signature

Date: _____

Debtor's Signature

NOTES:

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.