UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 24, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher A. Dawes

| | |
|---|---|
| Case No.: | 17-29111 (SLM) |
| Hearing Date: | 6/24/2020 |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 24, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>836543<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for PARAMOUNT RESIDENTIAL<br>MORTGAGE GROUP, INC. | |
| In Re:<br><br>   CHRISTOPHER A. DAWES<br><br>Debtor(s) | Case No.: 17-29111 - SLM<br><br>Judge: STACEY L. MEISEL<br><br>Chapter: 13 |

Recommended Local Form: ☐ Followed  ☒ Modified

## ORDER VACATING STAY

___ The relief set forth on the following page is hereby **ORDERED**.

Upon the motion of PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

      1414-16 FRANCES LANE, PLAINFIELD, NJ 07062

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*