Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−29111−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher A. Dawes
1414 Frances Lane
Plainfield, NJ 07062

Social Security No.:
xxx−xx−6366

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

on at

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.. Objection deadline is 05/13/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Davidow, Robert)

*70* − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:50 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.. Objection deadline is 05/13/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.) filed by Michelle Labayen on behalf of Christopher A. Dawes. (Attachments: # 1 Exhibit Executive order 10) (Labayen, Michelle)

Dated: 6/26/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29111-SLM
Christopher A. Dawes                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin           Page 1 of 1              Date Rcvd: Jun 26, 2020
                       Form ID: ntchrgbk      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
```
db           +Christopher A. Dawes,   1414 Frances Lane,    Plainfield, NJ 07062-2125
cr           +CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL M,   Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,   Suite 1400,   Philadelphia, PA 19103-1814
sp           +Clarence Barry-Austin, P.C.,   76 S. Orange Avenue,   Suite LL01,   S. Orange, nJ 07079-1923
cr           +PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2020 01:31:38
               Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michelle Labayen    on behalf of Debtor Christopher A. Dawes michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL
               MORTGAGE GROUP, INC. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert Davidow    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.
               nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 10
```