Order Filed on October 15, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

**Christopher A. Dawes**

Case No.: 17-29111

Adv. No.:

Hearing Date: September 23, 2020

Hearing time 10:00 am

Judge: Stacey L. Meisel

**ORDER TO APPROVE PERSONAL INJURY SETTLEMENT AGREEMENT AND DISBURSEMENT OF FUNDS**

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

**DATED: October 15, 2020**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**PAGE 2 17-29111 Dawes, Christopher**
**Order to Approve Personal Injury Settlement Agreement and Disbursement of Funds**

The Debtor, CHRISTOPHER DAWES, having moved this Court for an Order pursuant to Rule 9019(a) of the Bankruptcy Rules, approving a Settlement Agreement regarding a personal injury claim and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the Settlement Agreement , and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order on September 23, 2020 pursuant to F.R.B.P 9010, it is hereby:

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Settlement Agreement as set forth in the application in support thereof.

**ORDERED,** that sufficient funds from the settlement will be turned over to the Trustee to pay off the unsecured creditors at 100% dividend.