|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Michelle Labayen (ML2960)<br>Law Office of Michelle Labayen<br>24 Commerce Street<br>Suite 1300<br>Newark, NJ 07102<br>973-622-1584<br>Email: michelle@labayenlaw.com | Order Filed on October 15, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Christopher A. Dawes** | Case No.: 17-29111<br><br>Adv. No.:<br><br>Hearing Date: September 23, 2020<br><br>Hearing time 10:00 am<br><br>Judge: Stacey L. Meisel |

**ORDER TO APPROVE PERSONAL INJURY SETTLEMENT AGREEMENT AND DISBURSEMENT OF FUNDS**

The relief set forth on the following pages, numbered one (1) through two (2) is hereby **ORDERED**.

**DATED: October 15, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**PAGE 2 17-29111 Dawes, Christopher**
**Order to Approve Personal Injury Settlement Agreement and Disbursement of Funds**

The Debtor, CHRISTOPHER DAWES, having moved this Court for an Order pursuant to Rule 9019(a) of the Bankruptcy Rules, approving a Settlement Agreement regarding a personal injury claim and all creditors and the Chapter 13 trustee having been given more than thirty (30) days notice by mail of the Settlement Agreement , and no one having appeared in opposition thereto, and it appearing that the said settlement is proper and in the best interest of the estate, on motion of the debtor herein, it is after presentment of this Order on September 23, 2020 pursuant to F.R.B.P 9010, it is hereby:

**ORDERED,** that the debtor herein, be hereby is authorized to enter into the Settlement Agreement as set forth in the application in support thereof.

**ORDERED,** that sufficient funds from the settlement will be turned over to the Trustee to pay off the unsecured creditors at 100% dividend.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:  | Case No. 17-29111-SLM |
| Christopher A. Dawes | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

**Recip ID        Recipient Name and Address**
db          +  Christopher A. Dawes, 1414 Frances Lane, Plainfield, NJ 07062-2125

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020                                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP INC. andrew.spivack@brockandscott.com |
| Craig Scott Keiser | on behalf of Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP INC. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Christopher A. Dawes michelle@labayenlaw.com silvia@labayenlaw.com;giovanna@labayenlaw.com |
| Nicholas V. Rogers | on behalf of Creditor CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL MORTGAGE GROUP INC. |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 15, 2020 | Form ID: pdf903 | Total Noticed: 1 |

                nj.bkecf@fedphe.com

Rebecca Ann Solarz
                on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Davidow
                on behalf of Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP  INC. nj.bkecf@fedphe.com

Sherri Jennifer Smith
                on behalf of Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP  INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10