| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christopher A. Dawes<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6366<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29111–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Christopher A. Dawes

   <u>3/22/21</u>                                      **By the court:** <u>Stacey L. Meisel</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-29111-SLM |
| Christopher A. Dawes | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher A. Dawes, 1414 Frances Lane, Plainfield, NJ 07062-2125 |
| cr | + | CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL M, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| sp | + | Clarence Barry-Austin, P.C., 76 S. Orange Avenue, Suite LL01, S. Orange, nJ 07079-1923 |
| cr | + | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517102479 | + | Aspire Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| 517077242 | | Dr. Abdul Ameen, 277 Jersey Avenue Suite 410, Jersey City, NJ 07302 |
| 517077243 | + | Dr. Saleen Husain, 1314 Park Avenue, Plainfield, NJ 07060-3253 |
| 517077244 | + | Equifax, POB 740241, Atlanta, GA 30374-0241 |
| 517077245 | + | Erie Lackawanna Railro, 89 Washington St Ste 3, Hoboken, NJ 07030-4526 |
| 517077247 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 517077249 | + | Law Office of Edwards & Edwards, Po Box 372, Jersey City, NJ 07303-0372 |
| 517077250 | + | Manville Area Fcu, 43 S Main St, Manville, NJ 08835-1801 |
| 517077251 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 517077252 | + | Mariner Finance LLC, 2290 US Highway 22E, Ste D, Union, NJ 07083-8400 |
| 517077253 | + | Muhlenberg Regional Medical Center, 1200 Randolph Road, Plainfield, NJ 07060-3300 |
| 517077254 | + | New Jersey Automotive, 186 Mantolking Rd. Ste 2, Brick, NJ 08723-5888 |
| 517077255 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 517965341 | + | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517077256 | + | Paramount Residential, 1265 Corona Pointe Ct St, Corona, CA 92879-1799 |
| 517077257 | + | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517283471 | | Plainfield Emergency Physicians, PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 517077258 | + | Plainfield Municipal Utility Authority, 127 Roosevelt Avneue, Plainfield, NJ 07060-1331 |
| 517077259 | + | Plymouth Rock Assurance, PO Box 902, Lincroft, NJ 07738-0902 |
| 517077260 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517077261 | | Route 22 Toyota, 109 US-22, Hillside, NJ 07205 |
| 517133429 | + | Route 22 Toyota, NJAAM, c/o Rte. 22, 186 Mantoloking Rd. Ste. 2, Brick, NJ 08723-5888 |
| 517077262 | + | State of New Jersey, Deptartment of taxation, P.O. Box 448, Trenton, NJ 08646-0448 |
| 517077263 | + | Stuart Lippman &associ, 5447 E 5th St Ste 110, Tucson, AZ 85711-2345 |
| 517143558 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517077266 | | Transunion, POB 2000, Crum Lynne, PA 19022 |
| 517077267 | + | University Radiology Group PC, P.O Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2021 01:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2021 01:42:00 | United States Trustee, Office of the United States |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517077237 | + | Email/Text: smacknowski@msscuso.com | Mar 23 2021 01:43:00 | Aspire Fcu, 67 Walnut Ave Ste 401, Clark, NJ 07066-1696 |
| 517284680 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2021 00:01:56 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517077238 | + | EDI: CAPITALONE.COM | Mar 23 2021 00:38:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517077239 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2021 23:51:26 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517077240 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 23 2021 01:42:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 517077241 | + | EDI: WFNNB.COM | Mar 23 2021 00:38:00 | Comenitycapital/gem, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517077248 | + | EDI: IRS.COM | Mar 23 2021 00:38:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |
| 517178345 | | EDI: PRA.COM | Mar 23 2021 00:38:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517293888 | | EDI: Q3G.COM | Mar 23 2021 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517077264 | + | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Syncb/home Dsgn Ce/app, Po Box 96060, Orlando, FL 32896-0001 |
| 517292888 | + | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517079207 | + | EDI: RMSC.COM | Mar 23 2021 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517077265 | | EDI: TFSR.COM | Mar 23 2021 00:38:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517470045 | | EDI: BL-TOYOTA.COM | Mar 23 2021 00:43:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517301637 | | PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517289974 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 517181912 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517077246 | ##+ | Erie Lackawanna Railroad, co Employees Federal Credit Union, 50 Harrison St., Hoboken, NJ 07030-6144 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 22, 2021 | Form ID: 3180W | Total Noticed: 47 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

**Name**           **Email Address**

Craig Scott Keiser
　　on behalf of Creditor PARAMOUNT RESIDENTIAL MORTGAGE GROUP  INC. craig.keiser@law.njoag.gov

Denise E. Carlon
　　on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Michelle Labayen
　　on behalf of Debtor Christopher A. Dawes michelle@labayenlaw.com  silvia@labayenlaw.com;giovanna@labayenlaw.com

Nicholas V. Rogers
　　on behalf of Creditor CENLAR FSB AS SERVICER FOR PARAMOUNT RESIDENTIAL MORTGAGE GROUP  INC. nj.bkecf@fedphe.com

Rebecca Ann Solarz
　　on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
　　on behalf of Creditor Paramount Residential Mortgage Group  Inc. ecf@powerskirn.com

TOTAL: 8